| | | | |
|---|---|---|---|
| Walmart Stores, Inc. v. Iowa Civil Rights Commission | 15–1691 | 12/21/2016 | Affirmed |
| State v. Overstreet | 15–1704 | 12/21/2016 | Affirmed |
| Kunz v. Kunz | 15–1711 | 12/21/2016 | Reversed and Remanded |
| White v. State | 15–1716 | 12/21/2016 | Affirmed |
| State v. Thompson | 15–1718 | 12/21/2016 | Conviction Affirmed; Sentence Vacated and Remanded |
| State v. Overstreet | 15–1721 | 12/21/2016 | Affirmed |
| Vasquez v. State | 15–1761 | 12/21/2016 | Affirmed |
| State v. Bennett | 15–1764 | 12/21/2016 | Affirmed |
| United Fire & Casualty Company v. Cedars Sinai Medical Center | 15–1769 | 12/21/2016 | Affirmed |
| State v. Knickerbocker | 15–1789 | 12/21/2016 | Affirmed |
| Anderson v. State | 15–1809 | 12/21/2016 | Affirmed |
| Machamer v. Iowa Department of Administrative Services | 15–1861 | 12/21/2016 | Affirmed |
| State v. Davisson | 15–1893 | 12/21/2016 | Affirmed |
| State v. Benson | 15–1895 | 12/21/2016 | Affirmed |
| Rumsey v. City of Des Moines | 15–1948 | 12/21/2016 | Affirmed |
| Graham v. Myers | 15–1963 | 12/21/2016 | Reversed and Remanded |
| Hollinger v. State | 15–2012 | 12/21/2016 | Reversed and Remanded |
| State v. Horton | 15–2029 | 12/21/2016 | Affirmed |
| Pieper, Inc. v. Green Bay Levee and Drainage District No. 2 | 15–2032 | 12/21/2016 | Affirmed |
| The Helen R. Macmasters Trust, Matter of | 15–2142 | 12/21/2016 | Reversed and Remanded |
| Driesen v. Smith | 15–2144 | 12/21/2016 | Affirmed on both Appeals |
| Bjornstad, In re Marriage of | 15–2145 | 12/21/2016 | Affirmed in part, Reversed in part, and Remanded |
| State v. Jaimes | 15–2181 | 12/21/2016 | Affirmed |
| Hawkins v. State | 15–2186 | 12/21/2016 | Affirmed |
| Harlston v. State | 15–2190 | 12/21/2016 | Affirmed |
| State v. Turner | 15–2191 | 12/21/2016 | Affirmed |
| Bedford, Matter of Estate of | 15–2206 | 12/21/2016 | Appeal Dismissed |
| Carroll v. Samuell | 16–0003 | 12/21/2016 | Appeal Dismissed |
| State v. Aguirre | 16–0022 | 12/21/2016 | Affirmed |
| Meter, In re Marriage of | 16–0049 | 12/21/2016 | Affirmed as Modified |
| E.S., In Interest of | 16–0066 | 12/21/2016 | Reversed and Remanded |
| Welsh v. Lithia Vaudm, Inc. | 16–0088 | 12/21/2016 | Affirmed |
| Lucier v. State | 16–0140 | 12/21/2016 | Affirmed |
| Rai v. State | 16–0190 | 12/21/2016 | Affirmed |
| Elles, In re Marriage of | 16–0200 | 12/21/2016 | Affirmed as Modified |